

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2015

No. 04-14-00750-CV

**IN THE INTEREST OF W.M.T.K.,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-0141-CV
The Honorable William Old, Judge Presiding

# O R D E R

On February 18, 2015, we ordered appellant's brief due March 20, 2015. Neither the brief nor a motion for extension of time has been filed.

We **order** appellant, James Lucas Knight, to file, **by April 10, 2015,** his appellant's brief and a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2015.

_____
Keith E. Hottle
Clerk of Court